UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TIMOTHY BURTON, § § *Plaintiff*, § VS. § COASTAL HEALTH & WELLNESS, § *et al.*, § § *Defendants.* § | CIVIL ACTION NO. 3:20-CV-59 |

## ORDER OF DISMISSAL

Before the court is the plaintiff's motion to voluntary dismiss the case. Dkt. 43. The motion is granted. All claims in the above-styled case are dismissed without prejudice. All pending motions are denied as moot.

The government insists that the court decide its pending motion for summary judgment before the plaintiff's motion to dismiss. *See* Dkt. 44. It argues that it will otherwise suffer prejudice because the parties have "invested a significant amount of time and effort litigating this matter over the past two years." *Id.* at 5. It also argues that dismissing the case without prejudice will afford the plaintiff an opportunity to relitigate the case. *Id.*

But there is no chance of these claims being relitigated. The plaintiff's causes of action arise under the Federal Tort Claims Act (FTCA). Dkt. 1 at 2 ¶ 4. The FTCA provides in pertinent part:

> A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented.

28 U.S.C. § 2401(b). No federal court has subject-matter jurisdiction of FTCA claims filed outside the limitation period. *Price v. United States*, 69 F.3d 46, 54 (5th Cir. 1995), *cert. denied*, 519 U.S. 927 (1996). At the latest, the claims in this case accrued about three years ago. Any attempt to refile would place the plaintiff's claims outside of the limitations period, eliminating any risk of prejudice to the government.

THIS IS A FINAL ORDER. The case is over. All costs are taxed against the party incurring them.

Signed on Galveston Island this 17th day of March, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE